ACCEPTED
01-15-00531-CV
FIRST COURT OF APPEALS
6/10/2015 6:55:33 PM
HOUSTON, TEXAS
Chris Daniel - District Clerk Harris County
Envelope No. 5630263
By: CHRISTOPHER PRINE
Filed: 6/10/2015 6:55:33 PM

CAUSE NO. 2014-50657

| | | |
|---|---|---|
| ELSA RODRIGUEZ | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| | § | FILED IN<br>1st COURT OF APPEALS<br>HOUSTON, TEXAS |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | 7/2/2015 1:08:23 PM |
| | § | CHRISTOPHER A. PRINE<br>Clerk |
| MARTIN, DISIERE, JEFFERSON, | § | |
| and WISDOM, | § | 11th JUDICIAL DISTRICT |
| Defendant. | § | |

## PLAINTIFF ELSA RODRIGUEZ'S NOTICE OF APPEAL

TO THE HONORABLE CHRIS DANIEL, DISTRICT CLERK OF HARRIS COUNTY, TEXAS:

Plaintiff, Elsa Rodriguez, under Tex. R. App. P. 25.1, gives notice of appeal to the First or Fourteenth Court of Appeals sitting in Houston, Texas from the Honorable Judge Stone's Order and Amended Order granting the Defendant's Motion to Dismiss Pursuant to Chapter 27 of the Texas Civil Practices & Remedies Code, and judgment dismissing all of Plaintiff's claims signed June 10, 2015, as well as any and all rulings or orders adverse to the Plaintiff.

Respectfully submitted,

WATTS &COMPANY LAWYERS, LTD

/S/ Larry Watts
Larry Watts
SBN 20981000
P.O. Box 2214
Missouri City, Texas 77459
Telephone: (281) 431-1500
Facsimile: (877) 797-4055
Email: wattstrial@gmail.com
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I, Larry Watts, certify that a true and correct copy of this document has been served on opposing counsel via efiling on this, the 10th of June, 2015.

Chris Daniel
District Clerk Harris County
P.O Box 4651
Houston, Texas 77210-4651
Main Office: (713)755-7300

Christopher A. Prine
Clerk of the Court
First Court of Appeals
301 Fannin ST
Harris, TX 77002-2066
(713)274-2700
Fax: (713)755-8131

Richard A. Morris
Rogers, Morris, & Grover
5718 Westheimer Road, Suite 1200
Houston, TX 77057
(713)960-6000
Fax: (713)960-6025

*/S/ Larry Watts*
Larry Watts